**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

UNITED STATES OF AMERICA                                                                   PLAINTIFF

v.                                          NO. 4:04CR00291-10 JLH

GWENDOLYN MCCULLOUGH                                                                DEFENDANT

**ORDER**

The Court conducted a hearing on Thursday, January 19, 2012, to address the pending motion to revoke supervised release. Assistant United States Attorney Angela Jegley, standing in for First Assistant United States Attorney Jane Duke, was present for the government. The defendant appeared in person with her attorney Assistant Federal Public Defender Justin Eisele. United States Probation Officer Jason Stewart was also present.

Upon inquiry from the Court, the defendant did not contest the allegations contained in the motion to revoke. Following statements from counsel and the defendant, the Court found that the motion to revoke should be denied, and instead determined that defendant's current conditions of supervised release should be modified. Document #937.

IT IS THEREFORE ORDERED that defendant Gwendolyn McCullough's conditions of supervised release are hereby modified to include the following:

- The defendant must participate in and successfully complete an in-patient substance abuse treatment program at the Wilbur D. Mills Treatment Center in Searcy, Arkansas, under the direction of the United States Probation Office for a period of time to be determined.

- Upon successful completion of the in-patient substance abuse treatment program, defendant will enter a chemical-free living program as directed by the United States Probation Office.

- Following successful completion of the in-patient substance abuse treatment program and chemical-free living program, defendant will be placed in a residential reentry facility for a period of 90 days as directed by the probation officer.

In the event the defendant is found to be in violation of her conditions of supervised release, or is terminated from either the in-patient substance abuse treatment program or the chemical-free living program, the government is directed to submit the appropriate motion and the Court will conduct a hearing.

The defendant will remain in the custody of the United States Marshal until space becomes available at the designated in-patient substance abuse treatment facility.

All other conditions of supervised release remain in full force and effect as previously imposed.

IT IS SO ORDERED this 19th day of January, 2012.

*/s/ J. Leon Holmes*
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE